WILLIAM V. ELLIOTT, Public Administrator of Kings County, as Administrator of the Estate of INGVAR TOFTE, Deceased, Respondent, v. TURNER CONSTRUCTION COMPANY, Appellant.— Plaintiff's intestate, an employee of a subcontractor, while working on a building being constructed by defendant — the general contractor — fell through an unguarded and unprotected opening or vent on the roof, suffering injuries which resulted in his death. Plaintiff recovered a verdict for $6,000, representing damages for the personal injuries suffered by the decedent and for his wrongful death. Defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of the Probate of the Will of SARKIS BOSHNAKIAN, Deceased. PERUZ K. BOSHNAKIAN, Appellant; ROBERT W. DUVAL, as Special Guardian, et al., Appearing for ONNIK BOSHNAKIAN et al., Respondents.— Appeal by petitioner from a decree of the Surrogate's Court of Nassau County denying probate to a script of the decedent which was propounded. Decree unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ. [See *post,* p. 1059.]

In the Matter of the Application of LILLIAN PORRINGER, as Executrix of MILDRED F. BRENNER, Deceased, Respondent, for a Determination of the Right of LEO BRENNER, Appellant, to Elect to Take under Section 18 of the Decedent Estate Law.— Appeal by the husband from a decree of the Surrogate's Court of Westchester County which dismissed his notice of election, filed pursuant to section 18 of the Decedent Estate Law. Decree unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.